```
ALEXANDER G. CALFO (SBN 152891)
  ACalfo@yukelaw.com
KELLEY S. OLAH (SBN 245180)
  KOlah@yukelaw.com
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
  ganderson-thompson@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788

Attorneys for Defendants
JOHNSON & JOHNSON SERVICES, INC.,
JOHNSON & JOHNSON (erroneously sued as
"Johnson & Johnson, Inc."), and DEPUY
ORTHOPAEDICS, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAN KOPLIN and DONALD KOPLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; and DOES ONE through ONE HUNDRED,<br><br>Defendants. | CASE NO. CV12-02998-EDL<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO STAY PROCEEDINGS<br><br>JURY TRIAL DEMANDED |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs JOAN KOPLIN and DONALD KOPLIN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

  1.  The Parties' request for a stay of proceedings is GRANTED;

  2.  All proceedings in this action are hereby stayed, pending a decision by the Judicial

1   Panel on Multidistrict Litigation on whether this case should be transferred to *In re*
2   *DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*,
3   MDL Docket No. 2244.
4   3.   All deadlines, including any deadlines relating to a potential remand motion and
5   any outstanding responsive pleading, are extended until 30 days after the entry of a
6   joint Case Management Order in the MDL addressing remand briefing.
7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __6/25_____, 2012   _____
                            Hon. Elizabeth D. Laporte
                            RICHARD SEEBORG

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788